UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | MDL No. 2642 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −64)

On August 17, 2015, the Panel transferred 19 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 122 F.Supp.3d 1378 (J.P.M.L. 2015). Since that time, 598 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 17, 2015, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 14, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in __2__ sheet(s) of the electronic record filed on 12/14/16 in the United States District Court for the District of Minnesota.
CERTIFIED, December 14 2016
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2642

### SCHEDULE CTO−64 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA EASTERN | | | | |
| CAE | 1 | 16−01806 | Puckett et al v. Bayer Healthcare Pharmaceuticals Inc. et al | 16-cv-4162 (JRT) |
| OHIO SOUTHERN | | | | |
| OHS | 2 | 16−01114 | Barlow et al v. Bayer Corporation et al | 16-cv-4163 (JRT) |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 16−06200 | STORY et al v. BAYER HEALTHCARE PHARMACEUTICALS, INC. et al | 16-cv-4164 (JRT) |